**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

REBECCA COSTER

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",

Defendants.

Civil Action No. 2:26-cv-01732

JURY TRIAL DEMANDED

FILED UNDER SEAL

**SCHEDULE A – REDACTED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of the Schedule A will be filed separately under seal and will remain under seal until further order of this court.

August 18, 2026

Respectfully submitted,

By: /s/ Xiyan Zhang
Xiyan Zhang
Stratum Law LLC
18 Campus Blvd. Ste. 100
Newtown Square, PA 19073
Phone# (215) 395-8756
Bar# 5052642
xzhang@stratumlaw.com
*Counsel for Plaintiff*