IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA COSTER,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS INDENTIFIED ON SCHEDULE A,<br><br>*Defendants*. | Civil Action No. 2:26-cv-1732<br><br>Hon. William S. Stickman IV |

**HEARING MEMO**

HEARING HELD: Videoconference Motion Hearing
DATE HEARING HELD: September 17, 2026
BEFORE: Judge William S. Stickman IV

Appearing for Plaintiff:
Pete Wolfgram, Esquire
Xiyan Zhang, Esquire

Appearing for Defendants:
n/a

Hearing began at 9:58 a.m.

Hearing concluded at 10:10 a.m.

Stenographer: Sharon Siatkowski

OUTCOME:

Motion Hearing held re: Plaintiff's Ex Parte Motion for Temporary Restraining Order Including: a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery. (ECF No. 5). The Court finds the requisite elements have not been met and the temporary restraining order will be denied by order to follow.